Joseph Lipchitz (admitted *pro hac vice*)
jdlipchitz@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
One Financial Center
Boston, MA 02111
Telephone:    617-542-6000
Facsimile:    617-542-2241

Evan S. Nadel (SBN 213230)
enadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone:    415-432-6000
Facsimile:    415-432-6001

Attorneys for Plaintiffs
GRANITE HILL INDIA OPPORTUNITIES FUND, L.P.
and GRANITE HILL INDIA PARALLEL FUND, L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANITE HILL INDIA OPPORTUNITIES FUND, L.P. and GRANITE HILL INDIA PARALLEL FUND, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>FLUXCAP, LLC, JASON ADLER, ALPHABET VENTURES, LLC, and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No.:  3:16 CV 6531 JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, REQUESTING LEAVE FOR COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; DECLARATION OF EVAN S. NADEL IN SUPPORT OF ADMINISTRATIVE MOTION** |

Pursuant to N.D. Cal. Civil Local Rules 7-10 and 16-10(a), Plaintiffs hereby request that the Court reschedule the initial Case Management Conference ("CMC") for January 18, 2017, to coincide with the hearing on Defendants' pending motion to dismiss.  In the alternative, Plaintiffs request permission for lead trial counsel, Joseph Lipchitz, to attend the CMC, currently scheduled for February 16, 2017, telephonically, in conjunction with his partner and additional trial counsel, Evan S. Nadel, appearing in person at the CMC.  Defendants do not oppose the latter request. Declaration of Evan S. Nadel ("Nadel Decl.") ¶ 2.

Plaintiffs make this request due to a conflict with Mr. Lipchitz's prior obligations in another case, to prevent delay, and to avoid unnecessary expenditure of time and money.  On November 28, this Court issued its Reassignment Order Setting CMC (ECF No. 19), rescheduling the CMC from January 3 to February 16, 2017.  Before this action was reassigned from Magistrate Judge Laporte, Defendants had moved for an extension of time to respond to the complaint.  (ECF No. 8.) Plaintiffs explained that they would not oppose the extension if Defendants would agree to an earlier CMC, which Defendants had refused to do.  (ECF No. 10.)  Plaintiffs sought to limit Defendants' delay in responding to discovery, which Plaintiffs had served before removal.  (*Id.*) Magistrate Judge Laporte allowed Defendants additional time, but simultaneously advanced the CMC to January 3, 2017.  (ECF No. 12.)

When the action was reassigned, the CMC was moved to February 16.  (ECF No. 19.) Plaintiffs' counsel asked Defendants to stipulate to reschedule the CMC.  Defendants' counsel, Mr. Good, would not reschedule the CMC to a Thursday before February 16, 2017, because he stated that he has conflicts (for various reasons) on every Thursday between now and February 16, 2017. Nadel Decl. ¶ 3.  In a telephone call to the Court's scheduling clerk, the undersigned was informed that the Court will only hear case management conferences on Thursdays.  Defendants subsequently filed a motion to dismiss (ECF No. 23), with a hearing on Wednesday, January 18, 2017 (although the Court's usual civil law and motion calendar is on Thursdays).

Plaintiffs respectfully request that the CMC be heard on the same date, immediately after the motion hearing.  Lead counsel for both Plaintiffs and Defendants, Mr. Lipchitz and Mr. Good,

1  respectively, must both fly to San Francisco.  Holding the CMC together with the motion hearing on
2  January 18 would avoid delay (particularly in discovery) and would eliminate a second trip for each
3  of them.
4        In addition, before the CMC was rescheduled to February 16, Mr. Lipchitz made trial
5  preparation plans (include witness preparation meetings) in advance of a case scheduled for trial in
6  Boston on February 28, 2017, with a pre-trial conference on February 21 and pre-trial motions due
7  on February 14.  Nadel Decl. ¶ 4. It would be disruptive, burdensome and expensive for Mr.
8  Lipchitz to have to alter those plans, fly across the country to San Francisco for a CMC on February
9  16, and then immediately return to Boston.
10       In the alternative, if the Court will not reschedule the CMC, Plaintiffs request permission for
11 Mr. Lipchitz to appear by telephone.  Mr. Nadel, other counsel for Plaintiffs, would attend the
12 February 16 CMC in person, and Mr. Lipchitz would be prepared to participate fully in that CMC
13 by telephone.  Defendants have consented to Mr. Lipchitz's appearing by telephone at the CMC.
14 Nadel Decl. ¶ 2, Ex. A.  Consequently, no party would be prejudiced by the telephonic participation
15 of Mr. Lipchitz, and allowing him to appear telephonically will avoid the significant cost and time
16 of appearing in person.  Mr. Lipchitz's direct dial telephone number is (617) 348-3030.
17       Plaintiffs' counsel are aware of this Court's Standing Order for Civil Cases Before Judge
18 James Donato (ECF No. 19), particularly paragraphs five through six, but respectfully request that,
19 if the CMC is not rescheduled, the Court permit Mr. Lipchitz to appear by telephone under these
20 circumstances – where his partner and co-counsel will appear at the CMC in person, where the
21 CMC conflicts with Mr. Lipchitz's trial preparation in another case, where no party objects, and
22 because the CMC was rescheduled from its prior date.

23 Dated: December 13, 2016            Respectfully submitted,
24                                     By: /s/ *Evan S. Nadel*
25                                         Joseph Lipchitz
                                            Evan S. Nadel
26                                          MINTZ LEVIN COHN FERRIS GLOVSKY
                                            AND POPEO PC
27                                          Attorneys for Plaintiffs GRANITE HILL INDIA
                                            OPPORTUNITIES FUND, L.P. and GRANITE HILL
28                                          INDIA PARALLEL FUND, L.P.

**DECLARATION OF EVAN S. NADEL**

I, Evan S. Nadel, hereby declare as follows:

1. I am an attorney admitted to practice in this Court and in all the courts of the State of California. I am a member of the law firm Mintz Levin Cohn Ferris Glovsky and Popeo PC, counsel of record for Plaintiffs. If called upon, I could and would testify competently to the matters stated herein.

2. Between December 1 and 5, 2016, I exchanged emails with Mr. Eliott Good, counsel for Defendants. Referring to the February 16, 2017, Case Management Conference, I wrote "Since Joe is not able to appear in person on that date, we might ask the court for permission to have me appear at the CMC in person with Joe participating by telephone. Can you please confirm that you would not object to such a request by us?" Mr. Good responded that "I have no objection to your appearing as primary counsel at the CMC on February 16, 2017." When pressed, Mr. Good further confirmed that Defendants would not object to Mr. Lipchitz appearing by telephone at the CMC. A true and correct copy of this exchange of emails is attached hereto as Exhibit A.

3. I also engaged in discussions with Mr. Good in an effort to reschedule the CMC. Mr. Good went through his calendar with me and informed me that he would not be available to appear at a CMC on any Thursday before February 16, 2017.

4. My colleague Joseph Lipchitz has informed me that he has a trial in another case scheduled to commence in Boston on February 28, 2017 (with a pre-trial conference on February 21 and pre-trial motions due on February 14), and that he had scheduled trial preparation activities for February 16 in Boston, before learning that the CMC in this action was rescheduled for that date.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 13th day of December, 2016, at San Francisco, California.

                                           */s/ Evan S. Nadel*
                                           EVAN S. NADEL

# EXHIBIT A

| | |
|---|---|
| **From:** | Eliott Good <ergood@chorgood.com> |
| **Sent:** | Monday, December 05, 2016 5:15 PM |
| **To:** | Nadel, Evan |
| **Cc:** | Eliott Good |
| **Subject:** | Re: Granite Hill/CMC |

Evan---Am fine with the CMC.

Can do a call tomorrow after 4 pm est/1 pm pst or on Wednesday.

Let me know what works for your schedule.

Thank you.

Eliott


Sent from my iPhone

> On Dec 5, 2016, at 8:12 PM, Nadel, Evan <ENadel@mintz.com> wrote:
>
> Eliott,
>
> I haven't heard back in response to my email below.  Can you please let me know when you're free for a call this week on the ADR issues as required by the court?
>
> Also, I'm concluding that my understanding of your position concerning the CMC is correct per my email.
>
> Evan Nadel | Member
> Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
> 44 Montgomery Street, 36th Floor | San Francisco, CA 94104
> Direct: +1.415.432.6016 | Fax: +1.415.432.6001
> E-mail: ENadel@mintz.com
> Web: www.mintz.com
>
>
> -----Original Message-----
> From: Nadel, Evan
> Sent: Friday, December 02, 2016 9:55 AM
> To: 'Eliott R. Good'
> Subject: RE: Granite Hill/CMC
>
> Eliott,
>
> Thanks for your response.  I assume your email means you have no objection both to my appearing in person and Joe's participating by telephone at the CMC.  Please advise if that is not correct.
>

1

> On another housekeeping topic, the parties have an upcoming deadline to return the ADR certification form.  Before doing so, we are required to discuss the forms of ADR and then inform the court if we can stipulate to selecting one type of ADR.   Are you available next Monday afternoon to have this discussion?
>
> Evan Nadel | Member
> Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
> 44 Montgomery Street, 36th Floor | San Francisco, CA 94104
> Direct: +1.415.432.6016 | Fax: +1.415.432.6001
> E-mail: ENadel@mintz.com
> Web: www.mintz.com
>
>
> -----Original Message-----
> From: Eliott R. Good [mailto:ergood@chorgood.com]
> Sent: Thursday, December 01, 2016 7:56 PM
> To: Nadel, Evan
> Cc: Eliott Good
> Subject: RE: Granite Hill/CMC
>
> Evan---I have no objection to your appearing as primary counsel at the CMC on February 16, 2017.
>
> Look forward to hearing from you in this regard.  Hope all is well.
>
> Eliott
>
>
> Eliott R. Good
> Chorpenning, Good & Pandora Co., LPA
> 605 South Front Street, Suite 210
> Columbus, Ohio 43215
> Tel: 614.469.1301
> Fax: 614.469.0122
>
> ergood@chorgood.com
> ----------------------------------------
> The information contained in this message, and any attachments
> thereto, is attorney privileged and confidential information intended
> only for the use of the individual or entity named above.  If the
> reader of this message is not the intended recipient, you are hereby
> notified that any dissemination, distribution, or copy of this
> communication is strictly prohibited.  If you have received this
> communication in error, please notify us immediately by replying to
> the message and deleting it from your computer. Thank you. -
> Chorpenning Good & Pandora Co. LPA
>
>
>
>
> -----Original Message-----
> From: "Nadel, Evan" <ENadel@mintz.com>
> Sent: Thursday, December 1, 2016 3:20pm
> To: "'Eliott Good'" <ergood@chorgood.com>

> Subject: RE: Granite Hill/CMC
>
> Eliott,
>
> I received your email after I called the court to inquire about moving the CMC to Jan. 6.  As you know, when we spoke on Tuesday you never mentioned imposing a condition on any agreement to reschedule the CMC.  Adding that hours after our conversation is not helpful.
>
> We are evaluating our options, including leaving the CMC on its current date of Feb. 16.  Since Joe is not able to appear in person on that date, we might ask the court for permission to have me appear at the CMC in person with Joe participating by telephone.  Can you please confirm that you would not object to such a request by us?  If we decide to proceed with that request, I would like to represent to the court that defendants have no objection to my appearing in person with Joe on by phone.
>
> Best,
> Evan Nadel | Member
> Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
> 44 Montgomery Street, 36th Floor | San Francisco, CA 94104
> Direct: +1.415.432.6016 | Fax: +1.415.432.6001
> E-mail: ENadel@mintz.com
> Web: www.mintz.com
>
> -----Original Message-----
> From: Eliott Good [mailto:ergood@chorgood.com]
> Sent: Tuesday, November 29, 2016 1:14 PM
> To: Nadel, Evan
> Cc: Eliott Good
> Subject: Granite Hill/CMC
>
> Evan---Have thought through your comments and request from earlier today.
> I understand that your interest in moving up the CMC is in order to serve the discovery you are most anxious about.
> In order to agree to move the CMC to January 6, 2017,  if the Court is available that date,  we would expect an agreement that our response date to any discovery propounded be returnable no earlier than March 1, 2017.
> If that is agreeable to you,  you may advise the Court that we would be agreeable to being available on January 6.
> If that is not agreeable to you,  then please do not advise the Court of our acceptance of January 6 for the CMC.
> Please acknowledge receipt of this email.  Am available on my cell...614-208-8903.
> Thank you.
> Eliott
>
> Sent from my iPhone
>
> _____
>
>
>
> STATEMENT OF CONFIDENTIALITY:
> The information contained in this electronic message and any
> attachments to this message are intended for the exclusive use of the
> addressee(s) and may contain confidential or privileged information.
> If you are not the intended recipient, or the person responsible for
> delivering the e-mail to the intended recipient, be advised you have
> received this message in error and that any use, dissemination,

3

> forwarding, printing, or copying is strictly prohibited. Please notify
> Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either
> (617) 542-6000 or at DirectorofIT@Mintz.com, and destroy all copies of
> this message and any attachments. You will be reimbursed for
> reasonable costs incurred in notifying us.
>
>