Evan S. Nadel (SBN 213230)
enadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone:   415-432-6000
Facsimile:    415-432-6001

Joseph D. Lipchitz (admitted *pro hac vice*)
jdlipchitz@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
One Financial Center
Boston, MA 02111
Telephone:   617-542-6000
Facsimile:    617-542-2241

Attorneys for Plaintiffs
GRANITE HILL INDIA OPPORTUNITIES FUND, L.P.
and GRANITE HILL INDIA PARALLEL FUND, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRANITE HILL INDIA OPPORTUNITIES FUND, L.P. AND GRANITE HILL INDIA PARALLEL FUND, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>FLUXCAP, LLC, JASON ADLER, ALPHABET VENTURES, LLC, and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No. 3:16-cv-06531-JD<br><br>Assigned Judge:   Hon. James Donato<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

-2-

1  TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE
2  COUNSEL OF RECORD:
3      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Granite Hill India
4  Opportunities Fund, L.P. and Granite Hill India Parallel Fund, L.P. hereby voluntarily dismiss
5  this lawsuit.  Such dismissal shall be with prejudice, with each side to bear its own costs and
6  fees.
7
8  DATED:  December 22, 2016        Respectfully submitted,
9                                      MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                    POPEO P.C.
10
11                                    */s/ Evan S. Nadel*
                                    By:   Evan S. Nadel
12                                           Joseph D. Lipchitz
13                                     Attorneys for Plaintiffs
                                    GRANITE HILL INDIA OPPORTUNITIES
14                                     FUND, L.P. and GRANITE HILL INDIA
                                    PARALLEL FUND, L.P.
15
16
17
18
19
20
21
22
23
24
25
26
27
28